UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| HORACE GIBSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:07CV00103 RWS |
| ) | |
| 3M CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff's Motion to Reconsider Withdrawal of Counsel [#16]. Following a hearing on December 16, 2007, I granted J. Michael Ponder's Motion to Withdraw as counsel for Plaintiff Horace Gibson by Docket Test Order. Mr. Gibson has since moved for me to reconsider my Order.

Mr. Gibson has not set forth sufficient evidence to support a reconsideration of my determination that Mr. Ponder's Motion to Withdraw should be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Reconsider Withdrawal of Counsel [#16] is **DENIED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2008.